MARY A. NACCASH, Respondent, *v.* HILDANSID REALTY CORPORATION et al., Defendants, and LOUIS SUMMERS et al., Appellants.

(Submitted October 2, 1933; decided October 10, 1933.)

Motion to amend remittitur denied, with ten dollars costs.   (See 262 N. Y. 588.)

JAMES HUTCHISON, as Trustee, Appellant, Impleaded with Another, *v.* ETHEL A. Ross et al., Respondents. (Actions Nos. 1 and 2.)

(Submitted October 2, 1933; decided October 10, 1933.)

Motion for reargument in action No. 1 denied, with ten dollars costs and necessary printing disbursements. (See 262 N. Y. 381.)

CHARLES F. HOLLWEDEL, Respondent, *v.* DUFFY-MOTT COMPANY, INC., Appellant.

(Argued October 2, 1933; decided October 10, 1933.)

*Louis S. Weiss* opposed.

Motion denied, with ten dollars costs.